# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Norfolk Division)

| | | |
|---|---|---|
| **CHARLES M. REYNOLDS, JR.,** | : | |
| *Plaintiff*, | : | **CASE NO.:2:18-cv-00422-RBS-LRL** |
| | : | |
| | : | |
| **GREGORY PRESTON REYNOLDS,** | : | |
| *Defendant.* | : | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, Charles M. Reynolds, Jr., by counsel, hereby gives notice that he is voluntarily dismissing this action and states:

1. The Amended Complaint was filed on September 10, 2018.

2. The Defendant was served and has not filed an answer or motion for summary judgment.

3. The Plaintiff files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) without prejudice to refiling.

                                              Respectfully submitted,

                                              CHARLES M. REYNOLDS, Jr.

                                              By: /s/ John M. Barrett
                                                        Of Counsel

John M. Barrett, Esq.
VSB # 50912
Allegiant Law, P.C.
200 South Kellam Road
Virginia Beach, VA 23462
Tel (757) 456-5297
johnbarrett@lawyer.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing pleading was sent, via first class mail, postage pre-paid, and/or by electronic filing, this 21st day of September, 2018, to Glen M. Robertson, Esq., 200 Bendix Road, Suite 300, Virginia Beach, VA 23452.

                                                            /s/ John M. Barrett